Defendant's motion to dismiss [5] is denied.